IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOLD WESTRUP, an incompetent, by and through his guardian ad litem, ROSEMARIE WESTRUP,<br><br>        Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC., a California Corporation; ALTA CALIFORNIA REGIONAL CENTER, a California Corporation; DEVELOPMENTAL DISABILITIES SERVICE ORGANIZATION, INC., a California Corporation; DOYLE BRADBURY, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CIV S-03-2130 RRB PAN<br><br>**ORDER APPROVING SETTLEMENT** |

      **IT IS HEREBY ORDERED** that the settlement between the parties to this action is approved, including the awarding of attorney fees in the amount of 33-1/3%, and

      **IT IS FURTHER ORDERED** that the proceeds of the settlement be sent directly to petitioner as to Plaintiff's share in the

amount of $38,502.05, and the remainder paid directly to Cross Zalud & Greenfeld aka Cross & Zalud for costs and fees.

The Court shall retain jurisdiction over this matter to ensure that relief obtained pursuant to the settlement is enacted within 90 days of the date of this order.

ENTERED this 18th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE